# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

GREGORY ALLEN JOHNSON, :
AIS 147437,
:
    Petitioner,
:
vs.                                                 CA 10-0123-WS-C
:
DAVID WISE,

    Respondent.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 13, 2010 is **ADOPTED** as the opinion of this Court.

**DONE** this 19th day of August, 2010.

                                         s/WILLIAM H. STEELE
                                         **CHIEF UNITED STATES DISTRICT JUDGE**