# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

GREGORY ALLEN JOHNSON, :
AIS 147437,
:
    Petitioner,
:
vs.                                                        CA 10-0123-WS-C
:
DAVID WISE,
:
    Respondent.

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's federal habeas corpus petition, construed as filed pursuant to 28 U.S.C. § 2241, be **DISMISSED WITH PREJUDICE**. Petitioner is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal in forma pauperis.

**DONE** this 19th day of August, 2010.

                                  s/WILLIAM H. STEELE
                                  **CHIEF UNITED STATES DISTRICT JUDGE**